**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2148

JIMMIE HUBBARD,

Plaintiff - Appellant,

versus

COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Danville.   Jackson L. Kiser, Senior District Judge.  (4:05-cv-00029-jlk)

Submitted:  December 7, 2007        Decided:  December 27, 2007

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joel C. Cunningham, Jr., JOEL C. CUNNINGHAM, JR., P.C., Halifax, Virginia, for Appellant. Michael McGaughran, Regional Chief Counsel, William B. Reeser, Supervisory Attorney, Sandra Romagnole, Special Assistant, Philadelphia, Pennsylvania; John L. Brownlee, United States Attorney, Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmie Hubbard appeals the district court's order rejecting the report and recommendation of the magistrate judge and affirming the Commissioner's decision denying Hubbard a period of disability, disability insurance benefits, and supplemental social security income payments. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hubbard v. Comm'r of Social Security, No. 4:05-cv-00029-jlk (W.D. Va. Sept. 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED